for the Second Circuit denied. *Mr. Ralph Royall* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 170. McGREW *v.* SIMMONS ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel G. Wagner* and *Dorothea M. Wagner* for petitioner. *Mr. W. Denning Stewart* for respondents.

No. 177. WENGER *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Henry B. Graves* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 180. SOUTHWESTERN GREYHOUND LINES, INC. *v.* BUCHANAN. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Virgil T. Seaberry* and *Robert G. Payne* for petitioner. *Messrs. Thomas L. Blanton, John Matthews Blanton,* and *William W. Blanton* for respondent.

No. 181. ROTH *v.* LOCAL No. 1460 OF RETAIL CLERKS UNION ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Jay E. Darlington* for petitioner. *Messrs. William H. Faust* and *William H. Faust, Jr.,* and *Mrs. Irene Faust*

for respondents.

No. 182. O'BRYAN BROTHERS *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Cecil Sims* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Earl C. Crouter* and *Miss Helen R. Carloss* for respondent.

No. 185. MILLER, INDUSTRIAL COMMISSIONER, *v.* WESTERN PERISHABLE CARLOAD RECEIVERS ASSOCIATION OF NEW YORK, INC. October 12, 1942. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, *Henry Epstein,* Solicitor General, *William Gerard Ryan* and *Francis R. Curran,* Assistant Attorneys General, for petitioner. *Mr. John L. McMaster* for respondent.

No. 189. BARLOW, TRUSTEE, *v.* BUDGE, CLAIMANT. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William M. Giller* for petitioner. *Mr. Preston B. Kavanagh* for respondent.

No. 190. EDMUND WRIGHT GINSBERG CORPORATION *v.* SWETNAM, TRUSTEE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Duane R. Dills* and *Jack J. Levinson* for petitioner. *Messrs. Maurice L. Shaine* and *William V. Ford* for respondent.